JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARITA G. VASQUEZ, | Case No. CV 13-06833 DMG (ASx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NELSON AND KENNARD, et al., | |
| Defendants. | |

In accordance with the Order granting Defendants' Motion for Judgment on the Pleadings [Doc. # 28], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Nelson & Kennard, Donald G. Nelson, Robert Scott Kennard, Gregory Wayland, and Jamie Allison Forbes, and against Plaintiff Sarita G. Vasquez.

DATED: July 8, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE